Justin F. Marquez (SBN 262417)
justin@wilshirelawfirm.com
Erik A. Dos Santos (SBN 309998)
edsantos@wilshirelawfirm.com
Zachary D. Greenberg (SBN 331501)
zgreenberg@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff

Nisha Verma (SBN 284130)
verma.nisha@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DEANNE ROSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FALCK MOBILE HEALTH CORP., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00124-RSH-AHG<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed: September 28, 2023<br>Action Removed: January 18, 2024 |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Lisa Deanne Rose ("Plaintiff") and Defendant Falck Mobile Health Corp., acting through their respective counsel of record, hereby stipulate and move this Court to dismiss Plaintiff's individual claims WITH PREJUDICE and Plaintiff's class claims asserted in the action be DISMISSED WITHOUT PREJUDICE. Each side to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: April 2, 2024     WILSHIRE LAW FIRM, PLC

By: */s/ Justin F. Marquez*
Justin F. Marquez
Erik A. Dos Santos
Zachary D. Greenberg

Attorneys for Plaintiff


Dated: April 2, 2024     DORSEY & WHITNEY LLP

By: */s/ Nisha Verma*
Nisha Verma

Attorneys for Defendant


\* The filer attests that the signatory listed above concurs in the content of this document and has authorized its filing.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

LISA DEANNE ROSE v. FALCK MOBILE HEALTH CORP.

CASE NO: 3:24-cv-00124-RSH-AHG

I hereby certify that on April 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District by using the-CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: April 2, 2024                    DORSEY & WHITNEY LLP

                                        By:   */s/ Nisha Verma*
                                              Nisha Verma

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137